

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-23-00234-CR

CHRISTOPHER DARRELL BROWN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court No. 21F1657-202

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

MEMORANDUM OPINION

Christopher Darrell Brown appeals his conviction for sexual assault of a child.[1] He claims his trial counsel rendered ineffective assistance by failing to file a motion in limine and failing to object to extraneous-offense evidence. We have reviewed the record and applicable law and find that Brown has not met the requirements of *Strickland v. Washington*.[2] We overrule Brown's point of error and affirm the trial court's judgment.

We addressed this issue in detail in Brown's companion case in cause number 06-23-00130-CR. For the reasons stated therein, we overrule Brown's point of error here.

We affirm the trial court's judgment.


Jeff Rambin
Justice

Date Submitted:     January 31, 2024
Date Decided:       February 29, 2024

Do Not Publish

---

[1] *See* TEX. PENAL CODE ANN. § 22.011 (Supp.). The trial court sentenced Brown to life imprisonment. That sentence was ordered to run consecutively with the sentence in Brown's conviction in our cause number 06-23-00130-CR.

[2] 466 U.S. 668 (1984).